| | |
|---|---|
| | INDEX #: 07 cv 5638 |
| | Date Filed: June 13, 2007 |
| UNITED STATES DISTRICT COURT | Court Date: |
| COUNTY OF NEW YORK | DISTRICT: SOUTHERN DISTRICT OF NEW YORK |

Attorneys: WINNIE LEE EX.ASS    DAVID E. ARONOW, ESQ.    PH: 212-607-2153
Address: 44 WALL STREET, 6TH FL NEW YORK NY 10005    File No.:

*CAMILA DUBAY*

vs    *Plaintiff(s)/Petitioner(s)*

*FORD MODELS, INC., CONDE NAST, INC.*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:    **AFFIDAVIT OF SERVICE**

_____MELISSA BOWLING_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On    June 26, 2007    at    11:33AM    ,

at    % DAPHNE TCHAO, ESQ, 111 5TH AVE, 9TH FLR, NEW YORK, NY 10003    , deponent served the within Summons and Complaint with Civil Cover Sheet and Individual Practices of Judge John G. Koeltl

on:    **FORD MODELS INC**    ,    Defendant    therein named.

#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION    By delivering thereat a true copy of each to    DAPHNIE TCHAO, ESQ.    personally, deponent knew the person so served
X    to be the    AGENT AUTHORIZED    of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON    By delivering a true copy of each to _____ a person of suitable age and discretion.
Said premises is recipient's: [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR    By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business    [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY    On _____, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

#6 DESCRIPTION    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
X    Sex: Female    Color of skin: Asian    Color of hair: Black    Age: 30 - 40 Yrs.    Height: 5' 4" - 5' 8"
(Use with #1 2 or 3)    Weight: 161 - 200 Lbs.    Other Features: _____

#7 WIT. FEES    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT    The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER

Sworn to before me on    June 26, 2007

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

MELISSA BOWLING
Server's Lic # 1247692
Invoice/Work Order # 07016147

SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM