UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMILA DUBAY, | X | ECF Case |
| Plaintiff, | : | 07-CV-5638 (JGK) |
| v. | : | |
| FORD MODELS, INC. and CONDÉ NAST, INC. | : | **NOTICE OF APPEARANCE** |
| Defendants. | X | |

**PLEASE TAKE NOTICE** that Janet Fries of the law firm Drinker Biddle & Reath LLP, 1500 K Street, NW, Suite 1100, Washington, DC 20005, hereby enters her appearance as counsel for Defendant Ford Models, Inc. in the above-captioned matter.

DATED:  July 12, 2007

DRINKER BIDDLE & REATH LLP

By: _____
Janet Fries (JF-9289)
1500 K Street, NW
Suite 1100
Washington, DC 20005
(202) 354-1333
Attorneys for Defendant
Ford Models, Inc.

## CERTIFICATE OF SERVICE

I, Janet Fries, the undersigned attorney, hereby certify that on July 12, 2007, I caused a true and correct copy of the Notice of Appearance to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following counsel for Plaintiff as listed below:

David E. Aronow, Esq.  **Attorney for Plaintiff**
44 Wall Street, 6th Floor
New York, New York  10005
(212) 359-1000

_____
Janet Fries (JF-9289)