INDEX NO: 07 cv 5638
FILED ON: June 13, 2007

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: WINNIE LEE EX.ASS    DAVID E. ARONOW, ESQ.    PH: 212-607-2153
Address: 44 WALL STREET, 6TH FL NEW YORK NY 10005    File No.:

*CAMILA DUBAY*

vs

Plaintiff(s)

*FORD MODELS, INC., CONDE NAST, INC.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

## AFFIDAVIT OF SERVICE
## BY THE SECRETARY OF STATE

_____Steven Avery_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 3, 2007_____, at _____8:20AM_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

Summons and Complaint with Civil Cover Sheet and Individual Practices of Judge John G. Koeltl

_____, on

Nast Conde Inc. S/H/A/ CONDE'S NAST, INC

Defendant in this action, by delivering to and leaving with _____DONNA CHRISTIE_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by    ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____.

☐ Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __35__    Approx. weight: __140__    Approx. Ht.: __5'5"__
Sex: FEMALE    Color of skin: WHITE    Color of hair: BLONDE    Other: _____

Sworn to before me on    July 9, 2007

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Steven Avery
Server's Lic #
Invoice/Work Order # 07016961

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
CAMILA DUBAY,

                Plaintiff,

                                                            Index No: 07 CV 5638

    v.

FORD MODELS, INC., CONDE'
NAST, INC.,

                Defendants.
-------------------------------------------------------

## AFFIDAVIT OF SERVICE

David E. Aronow, Esq. (DEA-2026)
**Attorney for Plaintiff, Camila Dubay**
44 Wall Street, 6th Floor
New York, New York 10005
(212) 359-1000
daro@mettel.net