UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| CAMILA DUBAY, | ECF CASE |
| Plaintiff, | 07 Civ. 5638 (JGK) |
| v. | **NOTICE OF APPEARANCE** |
| FORD MODELS, INC., CONDE NAST, INC, | |
| Defendants. | |

------------------------------------------------------------ x

PLEASE TAKE NOTICE that DAVIS WRIGHT TREMAINE LLP, with offices located at 1633 Broadway, New York, New York 10019, hereby requests the Court to enter its appearance, as attorneys for Defendant Advance Magazine Publishers Inc. d/b/a The Conde Nast Publications (incorrectly designated "Conde Nast, Inc" in the summons and complaint) in the above-captioned proceeding and requests that notice of all matters arising herein, and all documents and papers served or filed in this case, be served on the attorneys at the above address.

Dated: New York, New York
July 16, 2007

DAVIS WRIGHT TREMAINE LLP

By: _____
Elizabeth A. McNamara (EAM 1987)
Christopher J. Robinson (CR 9165)
1633 Broadway
New York, New York 10019
(212) 489-8230

TO:   DAVID E. ARONOW, ESQ.
      44 Wall Street
      6th Floor
      New York, New York 10005
      (212) 359-1000
      daro@mettel.net

      *Attorney for Plaintiff*

      JANET FRIES
      Drinker Biddle & Reath, LLP(DC)
      1500 "K" Street, N.W.,
      Suite 1100
      Washington, DC 20005
      202) 842-8800
      janet.fries@dbr.com

      *Attorney for Defendant Ford Models, Inc.*