UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
CAMILA DUBAY,                                :
                          Plaintiff,  :    07 Civ. 5638 (JGK)
                                    :
        v.                              :    **RULE 7.1 STATEMENT**
                                    :
FORD MODELS, INC., CONDE NAST, INC,  :
                     Defendants.  :
------------------------------------------------------------- x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Advance Magazine Publishers Inc. d/b/a The Conde Nast Publications (incorrectly designated "Conde Nast, Inc" in the summons and complaint) certifies that Advance Magazine Publishers Inc. d/b/a The Conde Nast Publications is a New York corporation and is wholly owned by The Patriot-News Co., a Pennsylvania corporation. The Patriot-News Co. is wholly owned by Advance Publications, Inc., a New York corporation. All three companies are privately held.

Dated: New York, New York
        July 16, 2007

                                                    DAVIS WRIGHT TREMAINE LLP

                                                    By: _____
                                                        Elizabeth A. McNamara (EAM 1987)
                                                        Christopher J. Robinson (CR 9165)
                                                        1633 Broadway
                                                        New York, New York 10019
                                                        (212) 489-8230

TO:    DAVID E. ARONOW, ESQ.
44 Wall Street
6th Floor
New York, New York 10005
(212) 359-1000
daro@mettel.net

*Attorney for Plaintiff*

JANET FRIES
Drinker Biddle & Reath, LLP(DC)
1500 "K" Street, N.W.,
Suite 1100
Washington, DC 20005
202) 842-8800
janet.fries@dbr.com

*Attorney for Defendant Ford Models, Inc.*