UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CAMILA DUBAY,

                Plaintiff,

      v.

FORD MODELS, INC., CONDE NAST, INC,

                Defendants.
---------------------------------------------------------------- x

07 Civ. 5638 (JGK)

## CERTIFICATE OF SERVICE

     I, Megan C. Duffy, associated with Davis Wright Tremaine, attorneys for Defendant Advance Magazine Publishers Inc. d/b/a The Conde Nast Publications (incorrectly designated "Conde Nast, Inc." in the summons and complaint), certify:

     I am over eighteen (18) years of age. On this July 16, 2007 I caused to be served in the manner indicated below, a true and correct copy of NOTICE OF APPEARANCE and RULE 7.1 STATEMENT by EMAIL and ECF upon:

        David E. Aronow, Esq.
        44 Wall Street
        6th Floor
        New York, NY 10005
        (212) 359-1000
        daro@mettel.net

        *Attorney for Plaintiff*

        Janet Fries
        Drinker Biddle & Reath, LLP (DC)
        1500 "K" Street, N.W.
        Suite 1100
        Washington, D.C. 20005
        (202) 842-8800
        janet.fries@dbr.com

        *Attorney for Defendant Ford Models, Inc.*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

_____
Megan C. Duffy

Sworn to before me this
16TH day of July, 2007

_____
Notary Public

PHYLLIS SCHOENBERG
Notary Public, State of New York
No. 01SC4953986
Qualified in New York County
Commission Expires 9/2/09