UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMILA DUBAY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORD MODELS, INC. and ) <br> CONDÉ NAST, INC. ) <br> ) <br> Defendants. ) <br> ) | 07-CV-5638 (JGK) <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Ford Models, Inc. certifies that Ford Models, Inc., a Delaware corporation, is privately held. The undersigned further certifies that no affiliates or subsidiaries of Ford Models, Inc. are publicly held.

Respectfully submitted,

_____
Janet Fries (JF 9489)
DRINKER, BIDDLE & REATH
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 842-8800
Fax: (202) 842-8465

*Attorneys for Defendant
Ford Models, Inc.*

July 16, 2006

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of July, 2007, a copy of the above and foregoing **Rule 7.1 Statement** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

*Janet Fries*
Janet Fries