UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

CAMILA DUBAY,

                Plaintiff,

    v.                                                  Index No: 07 CV 5638

FORD MODELS, INC., CONDE'
NAST, INC.,

                Defendants.
-----------------------------------------------------------

## AFFIDAVIT OF SERVICE

I, WINNIE LEE, being duly sworn, deposes and says:

1. I am over 18 years of age.

2. I am not a party to the action.

3. On July 16, 2007, I served a copy of the AMENDED COMPLAINT via electronic mail by delivering same to Chris Robinson, Esq., attorney of record for Defendant, Conde' Nast, Inc. to the following email address: ChrisRobinson@dwt.com.

                                                        WINNIE LEE

Sworn before me on this
16th day of July, 2007

Notary Public

ANDONI ECONOMOU
Notary Public, State of New York
No. 02EC5080357
Qualified in New York County
Commission Expires July 31, 2009

## Winnie Lee

| | |
|---|---|
| From: | Winnie Lee |
| Sent: | Monday, July 16, 2007 1:51 PM |
| To: | 'ChrisRobinson@dwt.com' |
| Cc: | David Aronow |
| Subject: | Camila Dubay v. Ford Models & Conde Nast, Inc. |
| Attachments: | Dubay v Ford_Amended Complaint_Case 07 CV 5638_Judge Koeltl.pdf |

Dear Mr. Robinson:

Please find the Amended Complaint attached in regards to the above captioned matter.

Thank you,

Winnie Lee
Executive Assistant to
**David Aronow, Esq.**
44 Wall Street, 6th Floor
New York, New York 10005
Tel: (212) 607-2153
Fax: (212) 635-5074
Efax: (212) 701-8333

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.

7/16/2007