UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
CAMILA DUBAY,

            Plaintiff,

   v.                                 Index No: 07 CV 5638

FORD MODELS, INC., CONDE'
NAST, INC.,

            Defendants.
-------------------------------------------------------

### AFFIDAVIT OF SERVICE

I, WINNIE LEE, being duly sworn, deposes and says:

1. I am over 18 years of age.

2. I am not a party to the action.

3. On July 13, 2007, I served a copy of the AMENDED COMPLAINT via electronic mail by delivering same to Janet Fries, Esq., attorney of record for Defendant, Ford Models, Inc. to the following email address: janet.fries@dbr.com.

                                                       WINNIE LEE

Sworn before me on this
16th day of July, 2007

_____
Notary Public

ANDONI ECONOMOU
Notary Public, State of New York
No. 02EC5080357
Qualified in New York County
Commission Expires July 31, 2009

# Winnie Lee

| | |
|---|---|
| **From:** | Winnie Lee |
| **Sent:** | Friday, July 13, 2007 3:41 PM |
| **To:** | 'janet.fries@dbr.com' |
| **Cc:** | David Aronow |
| **Subject:** | Dubay v. Ford Models, Inc., et al - Case 07 CV 5638 |
| **Importance:** | High |
| **Attachments:** | Dubay v Ford_Amended Complaint_Case 07 CV 5638_Judge Koeltl.pdf |

Dear Ms. Fries:

Please find the Amended Complaint attached in regards to the above captioned matter.

Thank you,

Winnie Lee
Executive Assistant to
**David Aronow, Esq.**
44 Wall Street, 6th Floor
New York, New York 10005
Tel: (212) 607-2153
Fax: (212) 635-5074
Efax: (212) 701-8333

---

Note: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately by replying to the message and deleting it from your computer. Thank you.

**Winnie Lee**

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Sent:** Thursday, July 12, 2007 12:44 PM
**To:** deadmail@nysd.uscourts.gov
**Subject:** Activity in Case 1:07-cv-05638-JGK Dubay v. Ford Models, Inc. et al Notice of Appearance

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

United States District Court for the Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered by Fries, Janet on 7/12/2007 at 12:43 PM EDT and filed on 7/12/2007
**Case Name:** Dubay v. Ford Models, Inc. et al
**Case Number:** 1:07-cv-5638
**Filer:** Ford Models, Inc.
**Document Number:** 3

**Docket Text:**
NOTICE OF APPEARANCE by Janet Fries on behalf of Ford Models, Inc. (Fries, Janet)

**1:07-cv-5638 Notice has been electronically mailed to:**

David Ezra Aronow    daro@mettel.net

Janet Fries    janet.fries@dbr.com

**1:07-cv-5638 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=7/12/2007] [FileNumber=3569752-0
] [67cabf6b0243a6ba2fa0d216f0f7d5577b52643af5491efbf949a6b4f5f396c0728
e5e8894b785561eeaf534fc6ee44ad2d4d2de1b2f2a7edd47bd21039ab550]]

7/13/2007