JUL-26-2007 16:20    METTEL                                    212 635 5874    P.02/02

*Kubctk̄s,*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

CAMILA DUBAY,

                Plaintiff,

        v.

FORD MODELS, INC., CONDE NAST, INC,

                Defendants.

-------------------------------------------------x

07 Civ. 5638 (JGK)

**STIPULATION AND ORDER**

WHEREAS, on July 16, 2007, plaintiff filed an Amended Complaint in this action;

WHEREAS, the date by which Defendant Conde Nast, Inc. ("Conde Nast") must answer or

otherwise respond to the Amended Complaint is July 28, 2007;

WHEREAS, there has been no prior request for an adjournment of said date;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys

of record for Plaintiff and for Defendant Conde Nast, that the time for Defendant Conde Nast to

answer or otherwise respond to the Amended Complaint is hereby adjourned until September 7, 2007.

IT IS FURTHER STIPULATED AND AGREED that for purposes of this stipulation, facsimile

signatures shall have the force and effect of original signatures.

Dated: New York, New York
       July 26, 2007

DAVID E. ARONOW, ESQ.
*Attorney for Plaintiff*

By: _____
     David E. Aronow (DEA 2026)

     44 Wall Street
     6th Floor
     New York, New York 10005
     (212) 359-1000

SO ORDERED:

_____
Honorable John G. Koeltl, U.S.D.J.

7/30/07

NYC 186150v1 3920066-000021

DAVIS WRIGHT TREMAINE LLP
*Attorney for Defendants*

By: _____
     Elizabeth A. McNamara (EM 1987)
     Christopher J. Robinson (CR 9165)

     1633 Broadway
     New York, New York 10019
     (212) 489-8230

TOTAL P.02