# DAVID E. ARONOW, ESQ.

VIA FACSIMILE (212) 805-6724
& REGULAR MAIL

August 27, 2007

Honorable Frank Maas
United State Magistrate Judge
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/07

Re: Dubay v. Ford Models, Inc., et al. 07 Civ 5638 (JGK) (FM)

Dear Honorable Sir:

I write to request the permitted absence of my client, Ms. Dubay from the settlement conference scheduled for October 11, 2007 in the abovementioned matter. Ms. Dubay is currently living in Miami and is pregnant. She is due September 24, 2007 and will be unable to travel for the first two months after the birth. However, I am fully familiar with this case, will be able to communicate with my client and have full authority to settle this case. Moreover, I note that I have spent considerable time trying to effectuate a settlement <u>before</u> as well after the commencement of this case. In particular I spent considerable time reviewing the relevant facts and law relating to this case with my adversaries. This culminated in plaintiff making a settlement offer upon the defendant's request which I believe was reasonable. While the parties have been unable to reach consensus on a settlement for this matter, I believe that with your help we may be able to effectuate a settlement. Notably, it was plaintiff who requested the settlement conference. Accordingly, I request permission to attend the settlement conference without the presence of my client.

In the event the court does not grant the request, plaintiff seeks an adjournment of the settlement conference for two months after the birth of plaintiff's child and a concomitant extension of time for discovery in light of our refraining from discovery until a settlement conference could be completed in this matter pursuant to the direction of Judge Koeltl.

Sincerely,

David Aronow, Esq.

DA:wl

*Approved, provided that Ms. Dubay will be available by telephone (unless her medical condition at the time precludes that).*

*Maas, USMJ, 8/27/07*

44 Wall St. 6th floor New York, NY 10005 (T) 212-359-1000 (F) 212-635-5074

TOTAL P.02