USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/28/07

Davis Wright Tremaine LLP

**MEMO ENDORSED**

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

ELIZABETH A. MCNAMARA
DIRECT (212) 603-6437
lizmcnamara@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

August 28, 2007

VIA FACSIMILE - #(212) 805-6724

Hon. Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

*The conference is adjourned to 10/31/07 at 2 pm.*

*Maas, USMJ*
*8/28/07*

Re: Dubay v. Ford Models, Inc., et al. – 07 Civ. 5638 (JGK) (FM)

Dear Judge Maas:

This firm represents defendant Conde Nast Inc. in the above action. We are in receipt of the Court's notice that a settlement conference has been scheduled for October 11, 2007. We write to respectfully request an adjournment of the scheduled date because of a professional conflict requiring me to be in Washington State on that date.

I have conferred with all counsel in the action and can confirm that all parties would be available for the conference on any of the following days in October: October 15-17, 22, 24-25, or 29-31. Accordingly, we respectfully request that the settlement conference be adjourned to one of the above dates.

Respectfully yours,

Elizabeth A. McNamara

cc: Janet Fries, Esq. (Via Facsimile – 202 842-8465)
    David E. Aronow, Esq. (Via Facsimile – 212 635-5074)
    Jerry Birenz, Esq. (Via Facsimile – 212 381-7233)

NYC 187471v1 3920066-000021