USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
CAMILA DUBAY,

            Plaintiff,

    v.

FORD MODELS, INC., CONDE NAST, INC,

            Defendants.
--------------------------------------------------------------- x

07 Civ. 5638 (JGK)

**[PROPOSED] REVISED CIVIL SCHEDULING ORDER**

**JOHN G. KOELTL, District Judge:**

Pursuant to Fed. R. Civ. P. 16(b), after holding a conference in this matter on August 8, 2007, the Court hereby orders that:

**Pleadings and Parties**: Except for good cause shown:

1. No additional parties may be joined or cause of action asserted after January 31, 2008.
2. No additional defenses may be asserted after February 14, 2008.

**Discovery**: Except for good cause shown, all discovery shall be commenced in time to be completed by May 22, 2008. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery.

**Dispositive Motions**: Dispositive motions, if any, are to be completed by June 12, 2008. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

**Pretrial Order/Motions in Limine**: A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by July 3, 2008. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

NYC 187726v1 3920066-000021

**Trial:** The parties shall be ready for trial on 48 hours notice on or after July 10, 2008. The estimated trial time is 3 days, and this is a jury trial.

**Other:**

__X__   The case is referred to the Magistrate Judge for purposes of settlement (see attached Reference Order).

__X__   The parties will notify the Court by January 31, 2008 whether they consent to trial before the Magistrate Judge. The parties may communicate with the Court with respect to these matters by joint letter. If the parties consent to trial before the Magistrate Judge, they are directed to do so by stipulation.

**SO ORDERED.**

Dated:    New York, New York

             9/11/07

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE