```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CAMILA DUBAY,

                Plaintiff,

      v.

FORD MODELS, INC., CONDE NAST, INC,

                Defendants.
------------------------------------------------------------x

07 Civ. 5638 (JGK)

**STIPULATION AND ORDER**

WHEREAS, on July 16, 2007, plaintiff filed an Amended Complaint in this action;

WHEREAS, by consent of the parties and by Order of this Court, the date by which Defendant Conde Nast, Inc. ("Conde Nast") must answer or otherwise respond to the Amended Complaint was adjourned to September 7, 2007;

WHEREAS, the aforementioned is the only prior request for adjournment of such date;

WHEREAS, a settlement conference before Magistrate Judge Frank Maas has been scheduled for October 31, 2007;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff and for Defendant Conde Nast, that the time for Defendant Conde Nast to answer or otherwise respond to the Amended Complaint is hereby adjourned until twenty days after the aforementioned settlement conference.

IT IS FURTHER STIPULATED AND AGREED that for purposes of this stipulation, facsimile signatures shall have the force and effect of original signatures.

NYC 187679v1 3920066-00021

09/07/2007 13:51 FAX ☒002
08/08/2007 16:51 FAX  12124838348 ☒003/005

Dated: New York, New York
September 5, 2007

DAVID E. ARONOW, ESQ.
*Attorney for Plaintiff*

By: _____
David E. Aronow (DEA 2026)

44 Wall Street
6th Floor
New York, New York 10005
(212) 359-1000

DAVIS WRIGHT TREMAINE LLP
*Attorney for Defendants*

By: _____
Elizabeth A. McNamara (EM 1987)
Christopher J. Robinson (CR 9165)

1633 Broadway
New York, New York 10019
(212) 489-8230

**SO ORDERED:**

_____
Honorable John G. Koeltl, U.S.D.J.

9/11/07

NYC 182627v1 391003P-000175

2