# DrinkerBiddle&Reath LLP

**MEMO ENDORSE**

October 29, 2007

Law Offices

1500 K Street, N.W.
Washington, DC
20005-1209

202-842-8800 phone
202-842-8465 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

**VIA FACSIMILE**
(212) 805-6724

Hon. Frank Maas
United States Magistrate Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007


DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

5638

Re: Dubay v. Ford Models, Inc. et al. - 07 Civ. 5638 (JGK) (FM)

Your Honor:

On September 5, 2007, I sent written notification that Mark Perlin, Vice President, Corporate, would be attending the settlement conference in the above-captioned matter, scheduled for this Wednesday, October 31, 2007, as a representative of Ford Models, Inc. ("Ford"). Unfortunately, pressing business matters prevent Mr. Perlin from attending the conference as planned.

Ford respectfully requests that Mr. Perlin be excused from attending the conference and that Doreen Small, Esquire, General Counsel, be allowed to attend the settlement conference as a representative of Ford. Ms. Small is knowledgeable about this case and will have authority to recommend settlement.

Thank you for considering this request.

Respectfully,

/s/ Janet Fries

Janet Fries

cc: Elizabeth A. McNamara, Esq.
    David E. Aronow, Esq.

*My requirement is that someone be present who has settlement authority, not the "authority to recommend settlement."*

*Maas, USMJ,*
*10/30/07*

Established 1849