UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

*Camila Dubay*

                    Plaintiff(s),

          -against-

*Ford Models, et ano.*

                    Defendant(s).

------------------------------------------------------------x

*07*   Civ. *5638* (56K)(FM)

__ORDER OF DISCONTINUANCE__

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/07
```

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued with/without prejudice and with/without costs, provided, however, that within *30* days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:  New York, New York
        *October* 31 , 200 7

                                        _____
                                        Frank Maas
                                        United States Magistrate Judge


_____               _____
Attorney(s) for Plaintiff *Camila        Attorney(s) for Defendant *Ford Models*
Dubay*                                   *Janet Fries*
*David Aronow, Esq.*                      *Drinker Biddle & Reath LLP*


Agreed and Consented to:                 Agreed and Consented to:


_____               _____
                                        *Ford Models*
                                        *Katie Ford*

ORDER OF DISCONTINUANCE          Page Two          Date: _10/31/07_____

Case: _Dubay v. Ford Models, et ano_____

Docket No.: _07 civ. 5638_____ (JGK) (FM)

Additional Parties:

_[signature]_____

Attorney(s) for _Conde Nast___          Attorney(s) for _____
Elizabeth McNamara
Davis Wright Tremaine LLP

Agreed and Consented to:                Agreed and Consented to:

_[signature]_____           _____
Conde Nast
Desiry Brenz

_____         _____
Attorney(s) for _____          Attorney(s) for _____


Agreed and Consented to:                Agreed and Consented to:



_____         _____

_____         _____
Attorney(s) for _____          Attorney(s) for _____


Agreed and Consented to:                Agreed and Consented to:



_____         _____