USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

RECEIVED
DEC - 4 2007
CHAMBERS OF
JUDGE JOHN G. KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

CAMILA DUBAY,

              Plaintiff,

    - against -

FORD MODELS, INC., CONDE
NAST, INC.,

              Defendants.

------------------------------------------------------- x

07 Civ. 5638 (JGK)

**STIPULATION
OF DISMISSAL
WITH PREJUDICE**

     **IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys for the respective parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action be, and hereby is, dismissed with prejudice, and without costs to any party. The undersigned represent all the parties who have appeared in this action.

     This Stipulation may be signed using one or more counterparts. The several executed copies together will be considered an original and will be binding on the parties.

Dated: New York, New York
       November 29, 2007

| DAVID ARONOW, ESQ., | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: _____ | By: _____ |
| David E. Aronow (DEA 2026) | Elizabeth A. McNamara (EM 1987) |
| 44 Wall Street, 6th Floor | Christopher J. Robinson (CR 9165) |
| New York, NY 10005 | 1633 Broadway |
| (212) 359-1000 | New York, NY 10019 |
| | (212) 489-8230 |
| Attorney for Plaintiff | Attorneys for CONDÉ NAST, INC. |

NYC 190561v1 3920066-000021

So Ordered
/s/ J.G. Koeltl
12/4/07   U.S.D.J.

DRINKER BIDDLE & REATH LLP

By: ___/s/ Janet Fries___
Janet Fries (JF 9289)
1500 K Street, NW – Suite 1100
Washington, DC 20005
(202) 354-1333

Attorney for FORD MODELS, INC.

SO ORDERED

_____
John G. Koeltl, U.S.D.J.

NYC 190561v1 3920066-000021